IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS SANCHEZ, #914753,<br>　　　Petitioner,<br><br>v.<br><br>DOUGLAS DRETKE, Director, Texas Dept. of<br>Criminal Justice, Correctional Institutions<br>Division,<br>　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:03-CV-2885-K |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this   31st   day of   October  , 2005.


　　　　　　　　　　　　　　　　　　　 s/Ed Kinkeade
　　　　　　　　　　　　　　　　　　ED KINKEADE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE